1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   ARNOLD BERNARD HOWARD,          )   No. CV 11-7382 DSF (FFM)
                                     )
11                   Petitioner,     )   ORDER ACCEPTING FINDINGS,
                                     )   CONCLUSIONS AND
12            v.                     )   RECOMMENDATIONS OF
                                     )   UNITED STATES MAGISTRATE JUDGE
13   BRENDA M. CASH,                 )
                                     )
14                   Respondent.     )
     _____ )
15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21          IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is

22   GRANTED; and (2) Judgment be entered dismissing this action with prejudice as time-

23   barred.

24              6/25/12

25   DATED: _____

26

27                                          _____
                                                    DALE S. FISCHER
28                                            United States District Judge