UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD BERNARD HOWARD,<br><br>    Petitioner,<br><br>   v.<br><br>BRENDA M. CASH,<br><br>    Respondent. | No. CV 11-7382 DSF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 6/25/12

_____
DALE S. FISCHER
United States District Judge