1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT
8                              CENTRAL DISTRICT OF CALIFORNIA
9
10   ARNOLD BERNARD HOWARD,          )   No. CV 11-7382 DSF (FFM)
                                     )
11                 Petitioner,       )
                                     )   JUDGMENT
12          v.                       )
                                     )
13   BRENDA M. CASH,                 )
                                     )
14                 Respondent.       )
                                     )
15   ────────────────────────────────
16       Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18       IT IS ADJUDGED that the Petition is dismissed with prejudice.
19   DATED:  6/25/12
20                                              /s/ Dale S. Fischer
21
22                                        ─────────────────────────────
                                                 DALE S. FISCHER
23                                          United States District Judge
24
25
26
27
28